THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

FREDERICK E. SCHWARTZ, Appellant. [604 NYS2d 862] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Scudder, J.—Attempted Promoting Prostitution, 3rd Degree.) Present—Callahan, J. P., Pine, Balio, Doerr and Boomer, JJ.